JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HOANG MINH LE, an individual

      Plaintiff,

  vs.

BLUE WAVE PARTNERS, LLC, a limited liability company,

      Defendants.

) Case No.: ED CV 16-1192-DMG (DTBx)
)
) **ORDER RE STIPULATION OF**
) **VOLUNTARY DISMISSAL WITH**
) **PREJUDICE [13]**
)
)
)
)
)
)
)

     Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED:  October 6, 2016

                            DOLLY M. GEE
                 UNITED STATES DISTRICT JUDGE